UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **VIOLA GILBERT** | : | **DOCKET NO. 6:22-cv-03992** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **ALLSTATE VEHICLE & PROPERTY INSURANCE CO, ET AL** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Considering the enrollment of new counsel [doc. 21] for plaintiff following issuance of the Report and Recommendation [doc. 20], the Recommendation is not adopted. This case may proceed via ordinary process, and the Clerk shall issue CMO No. 1.

THUS DONE AND SIGNED in Chambers this 12th day of September, 2023.

JAMES D. CAIN, JR., JUDGE
UNITED STATES DISTRICT COURT